**ORIGINAL**

# United States District Court
## Southern District of Georgia



FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 MAY 24 PM 3:37

CLERK C H Adams
SO. DIST. OF GA.

PHILANA DAWN POWELL

Plaintiff

v.

METROPOLITAN LIFE INS. CO.

Defendant

Case No. 3:16-CV-00035-DHB-BKE

Appearing on behalf of

Plaintiff - Philana Dawn Powell
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is ~~GRANTED~~.

This 24th day of May, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | BRADLEY G. PYLES |
| Business Address: | Westmoreland, Patterson, Moseley & Hinson, LLP |
| | Firm/Business Name |
| | 577 Mulberry Street, Suite 600 |
| | Street Address |
| | Macon, GA, 31201 |
| | City, State, Zip |
| | P.O. Box 1797 |
| | Street Address (con't) |
| | Mailing Address (if other than street address) |
| | Macon, GA 31202-1797 |
| | Address Line 2, City, State, Zip |
| | (478) 745-1651 — Telephone Number (w/ area code) |
| | 590545 — Georgia Bar Number |
| Email Address: | brad@wpmhlegal.com |