ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 OCT 11 AM 10: 18
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| PHILANA DAWN POWELL, | * |
| Plaintiff, | * |
| v. | * CV 316-035 |
| METROPOLITAN LIFE INSURANCE COMPANY, | * |
| Defendant. | * |

# ORDER

On September 29, 2016, the parties in the captioned case filed a Joint Stipulation of Dismissal with Prejudice. (Doc. No. 11.) The stipulation is signed by all parties remaining in the case. (Id.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against the Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of October, 2016.

UNITED STATES DISTRICT JUDGE